the defendant in the case made no demand that it be produced for the purposes of an appeal.

The certificate of the judge of the city court of the city of Shreveport certifies that the transcript in this case—

"is a true and correct transcript of all proceedings had by and before me in the cause of City of Shreveport v. N. Maroun, No. 310 of the docket of the city court, of the city of Shreveport, La."

With the bills of exceptions in the record and the judge's certificate before us, we will not dismiss the appeal (C. P. 896; Thayer v. Littlefield, 5 Rob. 152; Martin v. Blanchin, 16 La. Ann. 83); but, under the settled jurisprudence of the state, to the effect that where the certificate of the clerk is full and complete, but the transcript of appeal is incomplete, and it does not contain the evidence upon which the trial court reached its judgment, it will be presumed that the trial court acted upon proper evidence; and its judgment will be affirmed.

For the reasons given in the case of Mrs. Leila Boyd, Wife, v. John J. Bradley, Husband (No. 19,739) 63 South. 883, post, p. 223, in the opinion this day handed down, and under the authorities therein cited:

It is ordered, adjudged, and decreed that the judgment appealed from be affirmed.

---

(63 South. 858.)

No. 20,081.

CITY OF SHREVEPORT v. MILES.

(Dec. 15, 1913.)

Appeal from City Court of Shreveport; L. C. Blanchard, Judge.

Robert Miles was convicted of violating a city ordinance, and he appeals. Affirmed.

Scheen & Blanchard, of Shreveport, for appellant. G. W. Jack, City Atty., and D. C. Scarborough, Jr., Asst. City Atty., both of Shreveport, for appellee.

SOMMERVILLE, J. For the reasons assigned in the opinions of the court in suits No. 20,076, entitled City of Shreveport v. N. Maroun, 63 South. 857, ante, p. 148, and No. 19,739, Boyd v. Bradley, 63 South. 883, post, p. 223, this day decided:

It is ordered, adjudged, and decreed that the judgment appealed from be affirmed.

---

(63 South. 858.)

No. 20,077.

CITY OF SHREVEPORT v. WATKINS.

(Dec. 15, 1913.)

Appeal from City Court of Shreveport; L. C. Blanchard, Judge.

Tom Watkins was convicted of violating a city ordinance, and appeals. Affirmed.

Scheen & Blanchard, of Shreveport, for appellant. G. W. Jack, City Atty., and D. C. Scarborough, Jr., Asst. City Atty., both of Shreveport, for appellee.

SOMMERVILLE, J. For the reasons assigned in the opinions of the court in suits No. 20,076, entitled City of Shreveport v. N. Maroun, 63 South. 857, ante, p. 148, and No. 19,739, Boyd v. Bradley, 63 South. 883, post, p. 223, this day decided:

It is ordered, adjudged, and decreed that the judgment appealed from be affirmed.

---

(63 South. 858.)

No. 20,118.

CITY OF SHREVEPORT v. GALGOUL.

(Dec. 15, 1913.)

Appeal from City Court of Shreveport; L. C. Blanchard, Judge.

K. Galgoul was convicted of violating an order of the City of Shreveport, and appeals. Affirmed.

Scheen & Blanchard, of Shreveport, for appellant. G. W. Jack, City Atty., and D. C. Scarborough, Jr., Asst. City Atty., both of Shreveport, for appellee.

SOMMERVILLE, J. For the reasons assigned in the opinions of the court in suits No. 20,076, entitled City of Shreveport v. N. Maroun, 63 South. 857, ante, p. 148, and No. 19,739, Boyd v. Bradley, 63 South. 883, post, p. 223, this day decided:

It is ordered, adjudged, and decreed that the judgment appealed from be affirmed.